AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Commodity Futures Trading Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-cv-11701 |
| Christophe Rivoire | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commodity Futures Trading Commission.

Date: 12/20/2019

*Attorney's signature*

Candice Aloisi, Bar No. 4342184
*Printed name and bar number*

Commodity Futures Trading Commission
140 Broadway, 19th Floor
New York, NY 10005

*Address*

caloisi@cftc.gov
*E-mail address*

(646) 746-9845
*Telephone number*

(646) 746-9939
*FAX number*