UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>       Plaintiff,<br><br>  v.<br><br>CHRISTOPHE RIVOIRE,<br><br>       Defendant. | Case No. 19-cv-11701 (JPO) |

### NOTICE OF UNOPPOSED MOTION
### FOR ISSUANCE OF A LETTER OF REQUEST

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and exhibits thereto, and all pleadings and proceedings herein, Defendant Christophe Rivoire ("Defendant"), by and through his undersigned attorneys, respectfully moves this Court before the Honorable J. Paul Oetken, U.S.D.J., Southern District of New York, at the United States Courthouse located at 40 Foley Square, New York, NY 10007, at a date and time as the Court may direct, for an order issuing the proposed Letter of Request (attached to the accompanying Memorandum of Law as "Exhibit 1") pursuant to, and in conformity with, the Hague Convention of 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, 28 U.S.C. § 1781 (the "Hague Convention"), and for other and further relief as the Court may deem just and proper.

1

| | |
|---|---|
| New York, New York<br>Dated: September 24, 2021 | Respectfully submitted,<br><br>*/s/* Parvin D. Moyne<br>James J. Benjamin, Jr.<br>Parvin D. Moyne<br>Kate L. Powers<br>Kaitlyn Tongalson<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>E-mail: jbenjamin@akingump.com<br>E-mail: pmoyne@akingump.com<br>E-mail: kpowers@akingump.com<br>E-mail: ktongalson@akingump.com<br><br>*Counsel for Defendant Christophe Rivoire* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 24, 2021, I caused the foregoing to be filed on this Court's CM/ECF system for service on all record counsel.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/* Parvin D. Moyne
　　　　　　　　　　　　　　　　　　　　　　　　　Parvin D. Moyne