IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>CHRISTOPHE RIVOIRE,<br><br>      Defendant. | Case No. 19-cv-11701 (JPO) |

## ORDER GRANTING UNOPPOSED MOTION FOR THE ISSUANCE OF A LETTER ROGATORY

Upon consideration of the Unopposed Motion for the Issuance of a Letter Rogatory (the "Motion") submitted by Defendant Christophe Rivoire, requesting the issuance of a letter rogatory (the "Letter Rogatory"), pursuant to 28 U.S.C. § 1781 and Rule 28(b)(1) of the Federal Rules of Civil Procedure, and good cause appearing therefore, the Motion is **GRANTED**.

It is hereby **ORDERED** that, Defendant's Motion being granted, the Court shall sign the Letter Rogatory attached to the Motion as **Exhibit 1**, affix the seal of the United States District Court for the Southern District of New York to the Letter Rogatory and all related exhibits, and return the original, signed Letter Rogatory and related exhibits to counsel for Defendant, who will then transmit the Letter Rogatory to the Ontario Superior Court of Justice.

1

**SO ORDERED.**

New York, New York
Dated: January 24, 2022

_____
J. PAUL OETKEN
United States District Judge

2