UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMODITY FUTURES TRADING
COMMISSION,
                    Plaintiff,

          -v-

CHRISTOPHE RIVOIRE,
                    Defendant.

19-CV-11701 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The letter motion requests at Docket Number 67 and 68 are granted. The parties are directed to file a joint status letter on or before August 8, 2022. The parties are directed to have a settlement meeting on or before August 15, 2022. The deadline for the close of expert discovery is extended to November 1, 2022. The parties are directed to file any motions for summary judgment on or before December 1, 2022.

    The Clerk of Court is directed to close the motions at 67, 68, and 69.

    SO ORDERED.

Dated: May 26, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge