**UNITED STATES**
**COMMODITY FUTURES TRADING COMMISSION**
**Eastern Region**
290 Broadway, 6th Floor
New York, NY 10007

October 16, 2026

MEMORANDUM ENDORSED.

**BY ECF**

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *CFTC v. Rivoire*, No. 19-CV-11701-LTS-GWG (S.D.N.Y.)**

Dear Judge Gorenstein:

I represent Plaintiff in the captioned matter. I write on behalf of both parties with respect to the Court's request made via email on October 15, 2026, that the parties consider whether to have the settlement conference scheduled for October 21, 2026, proceed by videoconference only.

The parties have conferred. Plaintiff is amenable to having the conference proceed solely by videoconference to accommodate the Court's preference. Defendant has a strong preference for a hybrid approach to allow counsel to appear in person, while Mr. Rivoire—who is overseas and unable to travel to the United States for the conference—will be available by telephone or videoconference. Plaintiff does not object to a hybrid approach whereby counsel appear in person while Defendant and Plaintiff's representative participate either by phone or by video.

The parties therefore propose to proceed with an in-person conference while having Mr. Rivoire and Mr. Hayeck participate by video conference, which can be accomplished using counsel's laptops via the Teams meeting link that counsel arranged and shared with the Court.

* * *

Should Your Honor wish to discuss this matter further, the parties can be available for a status conference at the Court's convenience.

Dated: October 16, 2026

Respectfully submitted,

/s/ Devin Cain
Devin Cain
Jacob Mermelstein
Benjamin Rankin
R. Stephen Painter, Jr.
Patryk Chudy
Commodity Futures Trading Commission
290 Broadway, 6th Floor
New York, NY 10007
dcain@cftc.gov
jmermelstein@cftc.gov
brankin@cftc.gov
spainter@cftc.gov
pchudy@cftc.gov

*Attorneys for Plaintiff*

The Court is not persuaded the "hybrid" approach is desirable or even workable. In light of the inability of the principals to appear in person, the conference is hereby changed to an entirely video conference at the same date and time. Because the Court will need to control the movement of groups to breakout rooms, the Court will arrange for a TEAMS conference and provide the link information to the parties on Monday.

So Ordered this 16th day of October, 2026

GABRIEL W. GORENSTEIN
United States Magistrate Judge