**UNITED STATES**
**COMMODITY FUTURES TRADING COMMISSION**
**Eastern Region**
290 Broadway, 6th Floor
New York, NY 10007

October 23, 2026

**MEMO ENDORSED**

**BY ECF**

Hon. Laura Taylor Swain
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *CFTC v. Rivoire*, No. 19-CV-11701-LTS-GWG (S.D.N.Y.)**

Dear Chief Judge Swain:

I represent Plaintiff Commodity Futures Trading Commission ("Commission") in the captioned matter. I write on behalf of both parties to inform the Court that, following a settlement conference before Magistrate Judge Gorenstein on October 21, 2026, Plaintiff's Division of Enforcement ("Division") and Defendant have reached an agreement in principle that will be reflected in a proposed Consent Order. The Division will need to submit the proposed Consent Order, once finalized, to the Commission for its consideration. If approved by the Commission and entered by this Court, the Proposed Consent order would fully resolve this action.

The Commission is an independent federal regulatory agency charged with the responsibility for administering and enforcing the provisions of the Commodity Exchange Act, 7 U.S.C. §§ 1 et seq., and the Regulations promulgated thereunder, 17 C.F.R. §§ 1 et seq. Although the Commission prosecutes actions through the Division, the Division itself does not possess independent settlement authority. Rather, the Division presents executed offers of settlement to the Commission with specific recommendations that any such offer be accepted or declined, and in the case of federal litigation, to grant the Division authority to enter into the proposed settlement. The Commission currently is composed of a single Commissioner—who is also the Chairman, and who was confirmed on December 18, 2025, and sworn in on December 22, 2025—although five Commissioners are authorized to be appointed by the President of the United States with the advice and consent of the U.S. Senate. The Commodity Exchange Act, 7 U.S.C. § 2(a)(3), provides, however, that, "[a] vacancy in the Commission shall not impair the right of the remaining Commissioners to exercise all the powers of the Commission."

The parties therefore request that the Court stay all deadlines in this case. The parties further request that the Court permit the parties to file the proposed Consent Order no later than December 22, 2026, or otherwise to file a status update with the Court by that date requesting further relief, as necessary.

Should Your Honor wish to discuss this matter further, the parties can be available for a conference at the Court's convenience.

Respectfully submitted,

Devin Cain
Jacob Mermelstein
Benjamin Rankin
R. Stephen Painter, Jr.
Patryk Chudy
Commodity Futures Trading Commission
290 Broadway, 6th Floor
New York, NY 10007
*Attorneys for Plaintiff*

The foregoing requests are granted. All deadlines in this case are hereby stayed pending further order of the Court. The parties are directed to file a proposed consent order or a status update requesting further relief on or before December 22, 2026. Docket entry no. 154 is resolved.

SO ORDERED.
October 26, 2026
/s/ Laura Taylor Swain, Chief USDJ